IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MARIE ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No.: 13-00678 JSC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 42); ORDER RE: PLAINTIFF'S MOTION TO COMPEL (Dkt. No. 35); ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

This action concerns the Federal Bureau of Investigation's failure to respond to Plaintiff's Freedom of Information Act ("FOIA") request within the required 20 days after receiving Plaintiff's request.

The Court previously denied Plaintiff's motion for summary judgment because it concerned no claims at issue in this case; rather, the motion attempted to litigate claims that had previously been dismissed. (*See* Dkt. No. 41.) The same day the Court issued its Order denying Plaintiff's motion, Plaintiff filed another summary judgment motion, which again far exceeds the scope of this case. The Court accordingly DENIES Plaintiff's motion for the same reasons it denied Plaintiff's previous motion. The Court further ORDERS that Plaintiff shall not file any additional motions for summary judgment until the Case Management

Conference ("CMC"), at which time the Court will discuss with the parties their case schedules.

In addition, the Court VACATES the briefing schedule for Plaintiff's motion to compel. (Dkt. No. 35.) At the CMC, the Court will discuss with the parties any further briefing that is needed for Plaintiff's motion.

Finally, the Court reschedules the CMC for September 12, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: August 8, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE