IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MARIE ALEXANDER,<br><br>        Plaintiff,<br><br>    v.<br><br>THE UNITED STATES,<br><br>        Defendant. | Case No.: 13-0678 JSC<br><br>**ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE AND STAYING DISCOVERY AND FILINGS** |

Plaintiff Ann Marie Alexander, proceeding pro se, brings this action against the United States arising from an October 2012 Freedom of Information Act ("FOIA") request. As stated at the initial case management conference on September 12, 2013, the case is referred to Magistrate Judge James for a settlement conference to occur in the next 90 days. In the meantime, and upon Defendant's representation that it has mailed Plaintiff documents responsive to her October 2012 request, all discovery is stayed. In addition, no party shall make any further filings except those required by Judge James. The Court will hold a further case management conference on December 19, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: September 12, 2103

                                                JACQUELINE SCOTT CORLEY
                                                UNITED STATES MAGISTRATE JUDGE